HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Petitioner
ABDELKADER MORCELI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELKADER MORCELI,<br><br>Petitioner,<br><br>vs.<br><br>JOHN KELLY, ET AL.,<br><br>Respondents. | Case No. 2:17-cv-00568 AC P<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PETITION AS MOOT**<br><br>Judge: Hon. Allison Claire |

    Petitioner Abdelkader Morceli's petition for a writ of habeas corpus challenged his detention by the Bureau of Immigration and Customs Enforcement ("ICE").

    Mr. Morceli has now been deported and is no longer in ICE custody. Mr. Morceli's challenge to his detention is therefore moot.

//

//

//

//

//

//

Pursuant to 28 U.S.C. Section 636(c), the parties consent to the United States Magistrate Judge entering a final order dismissing this case.

Dated: August 8, 2017

                    Respectfully submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

                    */s/ Carolyn M. Wiggin*
                    CAROLYN M. WIGGIN
                    Assistant Federal Defender

                    Attorney for Petitioner
                    ABDELKADER MORCELI


                    PHILLIP A. TALBERT
                    United States Attorney

                    */s/ Audrey B. Hemesath*
                    Audrey B. Hemesath
                    Assistant United States Attorney
                    Attorney for the Respondents

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the petition be dismissed as moot.

IT IS SO ORDERED.


Dated: August 9, 2017

                    Hon. Allison Claire
                    United States Magistrate Judge